# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JAMES E. RICKS, JR.,
ADC #116011      PLAINTIFF

v.      2:17CV00035-JLH-JTK

MIKE NEAL, et al.      DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Neal and Plaintiff's unconstitutional conditions claims are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 31st day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE