# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JAMES E. RICKS, JR.,                                              PLAINTIFF
ADC #116011

v.                            2:17CV00035-JLH-JTK

MIKE NEAL, et al.                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE